United States District Court
For the Northern District of California

***E-FILED***
**November 28, 2005**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIKE GELLER AND MIKE YARBROUGH etc.,

Plaintiff,

v.

TRI-COUNTY, INCORPORATED,

Defendant.
_______________________________________/

No. C 05-03027 RS

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

At the request of plaintiff and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference in the above-entitled matter currently set for November 30, 2005 at 2:30 p.m. is continued to **February 1, 2006 at 2:30 p.m.** The parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than January 25, 2006. The parties shall file a joint Case Management Conference Statement no later than January 25, 2006.

Dated: November 28, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Sue Campbell, Esq.
Email: suecampbell@att.net

Dated: November 28, 2005

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg